

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00212-CR

## IN RE CLINT HARRISON ELLER

### Original Proceeding

### From the 440th District Court
### Coryell County, Texas
### Trial Court No. 20-26322

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on June 27, 2022, is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion delivered and filed July 20, 2022
Do not publish
[OT06]

